1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TERREL HOLMES,                              Case No.  1:20-cv-00737-NODJ-HBK (PC)

12                      Plaintiff,               ORDER SETTING SETTLEMENT
                                                 CONFERENCE AND SCHEDULING PRE-
13          v.                                   CONFERENCE TELEPHONIC DISCUSSION

14   M. MUELLER,

15                      Defendant.               **Settlement Statements Due:  March 18, 2024**
                                                 **Telephonic Pre-Conference:  March 22, 2024**
16                                               **Defendant: 10:00 AM and Plaintiff: 10:45 AM**
                                                 **Settlement Conference:  March 29, 2024**
17

18

19          This matter comes before the Court upon sua sponte review of the docket.  The deadline to

20   file dispositive motions has passed.  (*See* Doc. No. 30, setting February 9, 2024 as deadline for

21   motions for summary judgment).  Before scheduling any civil matter for trial, the Court's Local

22   Rules require the parties to engage in a settlement conference.  *See* Local Rule 270(a).  Absent

23   any objection from either party,[1] Magistrate Judge Helena Barch-Kuchta will hold a settlement

24   conference on **Friday, March 29, 2024 at 10:00 A.M.**  Unless both parties request the

25   conference to be in-person, the Court will conduct the settlement conference via video

26

27   [1]  Because the undersigned is not the trial judge, the Court's Local Rules do not prohibit the undersigned
     from conducing the settlement conference.  Local Rule 270(b).  If any party requests that the conference
28   not be conducted by the undersigned, the undersigned will refer it to another Magistrate Judge.  *Id*.

1  conference.  The Zoom settlement conference invitation will be distributed the week prior.[2]

2  Unless otherwise permitted in advance by the Court, the following individuals must attend

3  the settlement conference in person: (1) the attorney(s) or pro se litigant who will try the case; and

4  (2) individuals with full authority to negotiate and settle the case, on any terms.[3]  *See* Local Rule

5  270(f).

6  **No later than Monday, March 18, 2024**, each party must submit a settlement statement

7  either by email to Judge Barch-Kuchta's chambers at hbkorders@caed.uscourts.gov or by mail to

8  U.S. District Court, P.O. Box 575, Yosemite National Park, CA 95389.  ***The statement should***

9  ***neither be filed on the docket nor served on any other party.***  In compliance with Local Rule

10  270(d)-(e), the undersigned will use the settlement statements to prepare for and conduct the

11  settlement conference.  The statements will not become part of the case file and will be shred

12  upon conclusion of the conference under Local Rule 270(e).  If applicable, the statements should

13  be marked "CONFIDENTIAL."  *See* Local Rule 270(d).

14  The settlement statements should not exceed ten (10) pages, excluding exhibits and should

15  include:

16  (1) a brief recitation of the facts;

17  (2) a discussion of the strengths/weaknesses of the case, including the parties' position on

18  the factual and legal issues and review of any evidence to support the parties' position;

19  (3) an itemized estimate of the expected costs for pretrial and trial in specific dollar terms;

20  (4) your best estimate of the probability that plaintiff will prevail at trial;

21  (5) your best estimate of what damages or relief plaintiff may recover should this case

22  proceed to trial and plaintiff prevail (in specific dollar terms and/or injunctive relief, if

23  applicable);

24  (6) a history of settlement discussions (including a listing of any current settlement offers

25

26  [2] Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Patricia Apodaca, Courtroom Deputy for the Hon. Helena Barch-Kuchta, United States Magistrate Judge, at PApodaca@caed.uscourts.gov.

27  [3] The Court permits the Senior Assistant Attorney General for CDCR to be available by telephone but the Deputy Attorney General must be able to communicate with he SAGG without delay throughout the

28  duration of the settlement conference.

2

1    from any party, in specific dollar terms), a candid statement of your party's current position on

2    settlement, including **the amount that you will give/accept to settle** (in specific dollar terms),

3    and a statement of your expectations for settlement discussions;

4           (7) a list of the individuals who will be attending the settlement on the party's behalf,

5    including names and, if appropriate, titles; and

6           (8) no more than ten (10) pages of exhibits (not already filed in the docket) to the extent a

7    party believes the exhibits are relevant to their position.

8           Notwithstanding the provisions of Federal Rule of Evidence 408, all parties' statements

9    relating to the substance or merits of the case, whether written or oral, made for the first time

10   during the settlement conference will be deemed to be confidential and shall not be admissible in

11   evidence for any reason in the trial of the case, should the case not settle.  This provision does not

12   preclude admissibility in other contexts, such as pertaining to a motion for sanctions regarding the

13   settlement conference.

14          Judge Barch-Kuchta will hold a short, pre-settlement conference telephone discussion

15   with each part Friday, **March 22, 2024 at 10:00 AM for defendant and at 10:45 AM for**

16   **plaintiff** (dial-in number: 1-888-204-5984; passcode: 4446176).  Only the lead attorney from

17   each side[4] should participate.

18

19   Dated:     February 21, 2024

20                                              HELENA M. BARCH-KUCHTA
                                                UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28
---
[4] The Court expects that the attorneys participating in the telephone discussion will also participate in the settlement conference.

3